IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERTA E. SIMMONS, | CASE NO. 5:12-cv-04073 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| GRADY DALE, JR., et. al., | |
| Defendant(s). | |

On November 21, 2012, the court ordered Plaintiff to show cause in writing by December 21, 2012, why this action should not be dismissed for lack of subject matter jurisdiction. See Docket Item No. 4. The court noted that the complaint filed in this action is not organized in a manner such that distinct causes of action can be discerned nor does the complaint identify the basis for this court's jurisdiction. Id. The court also advised Plaintiff that this case would be dismissed if she did not respond or otherwise demonstrate a basis for federal jurisdiction. Id.

As of this date, Plaintiff has not complied as directed. Accordingly, this case is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: January 2, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-04073 EJD
ORDER DISMISSING CASE